

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00264-CR

Montrail Thomas **BUTLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR6323
Honorable Stephanie R. Boyd, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 1, 2021.

_____
Lori I. Valenzuela, Justice